UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-CV-23182-WILLIAMS/SIMONTON

LYNDI BARRUW,

Plaintiff,

v.

NCL (BAHAMAS) LTD.,

Defendant.
____________________/

**VERDICT**

We, the jury, find:

1. Was there negligence on the part of the Defendant, NCL (Bahamas) LTD., that was a legal cause of loss, injury, or damage to the Plaintiff, Lyndi Barruw?

YES ________ NO ___X___

If your answer to question 1 is NO, then your verdict is for the Defendant and you should not proceed further except to sign and date this verdict form and return it to the Courtroom. If your answer to question 1 is YES, then please answer question 2.

2. Was there negligence on the part of Lyndi Barruw that was a legal cause of her loss, injury, or damage? If your answer to question 2 is YES, then answer question 3 and 4. If you answer to question 2 is NO, then skip question 3 and answer question 4.

YES ________ NO ________

3. State the percentage of any negligence that was a legal cause of loss, injury, or damages to the Plaintiff, Lyndi Barruw that you charge to the following.

NCL (Bahamas) LTD.: ______________________%

Lyndi Barruw: ______________________%

4. What is the total amount of Lyndi Barruw's damages for pain and suffering, disability, physical impairment, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for the enjoyment of life from the accident?

a. In the past
$______________________

b. In the future $______________________

TOTAL DAMAGES OF LYNDI BARRUW $______________________
(add lines 4(a) and 4(b))

SO SAY WE ALL, this 26th day of April, 2017.

______________________
Foreperson