**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 15-CV-23182-WILLIAMS/SIMONTON**

LYNDI BARRUW,

Plaintiff,

vs.

NCL (BAHAMAS) LTD.,

Defendant.
_____________________________/

# FINAL JUDGMENT

**THIS MATTER** is before the Court following a jury trial held from April 24, 2017 to April 26, 2017. The Jury having rendered its verdict (DE 84), it is **ORDERED AND ADJUDGED** as follows:

1. Final judgment is **ENTERED** in favor of Defendant NCL (Bahamas) Ltd. and against Plaintiff Lyndi Barruw. Plaintiff Lyndi Barruw shall take nothing from her claims.

2. All remaining motions are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 3rd day of May, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE